# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Michael N. Kelsey**

       Plaintiff)
vs.                                     **CASE NUMBER: 1:21-cv-985 (BKS/DJS)**

**Bernadette T. Clark**
       Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Magistrate Judge Stewart's Report-Recommendation (Dkt. No. 5) that the complaint be dismissed without leave to amend is ADOPTED; that plaintiff's complaint is DISMISSED without leave to amend.

All of the above pursuant to the order of the Honorable Brenda K. Sannes, dated the 3rd day of December, 2021.

DATED: December 3, 2021

*[signature]*
Clerk of Court

                                                         s/Kathy Rogers
                                                         Deputy Clerk